**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cristian IBARRA–GONZALEZ, also known as Cristian Ibbarra–Gonzalez, Defendant–Appellant.**

**No. 14–51178**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appelle.

Robert Victor Garcia, Jr., Esq., Odessa, Tx, for Defendant–Appellant.

Cristian Ibarra–Gonzalez, CI Big Spring, Big Spring, TX, pro se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Cristian Ibarra–Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ibarra–Gonzalez has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.